1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Gerardo Hernandez

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO HERNANDEZ, | No. 5:19-cv-05855-VKD |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| BAJA CACTUS MILPITAS, INC. dba BAJA CACTUS; JOHANNA HOLLAND, as Successor Trustee of the HOLLAND FAMILY SUB-TRUST, U.D.T. DATED June 7, 1996, and as Successor Trustee of the HOLLAND SURVIVOR'S SUB-TRUST, U.D.T. DATED June 7, 1996, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Baja Cactus Milpitas, Inc. dba Baja Cactus, and Johanna Holland, as Successor Trustee of the Holland Family Sub-Trust, U.D.T. Dated June 7, 1996, and as Successor Trustee of the Holland Survivor's Sub-Trust, U.D.T. Dated June 7, 1996, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: February 11, 2020   MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez

Dated: February 11, 2020   ABDALAH LAW OFFICES

*/s/ Richard K. Abdalah*
Richard K. Abdalah
Attorneys for Defendants,
Baja Cactus Milpitas, Inc. dba Baja Cactus, and Johanna Holland, as Successor Trustee of the Holland Family Sub-Trust, U.D.T. Dated June 7, 1996, and as Successor Trustee of the Holland Survivor's Sub-Trust, U.D.T. Dated June 7, 1996

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez